

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00248-CV

**IN THE INTEREST OF E.O.R.** and A.A.A.G. II., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00918
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED September 12, 2018.

_____
Patricia O. Alvarez, Justice